BEFORE THE THIRD DIVISION, DECEMBER 5, 1962

No. 67243.—National Silver Company v. United States, protests 61/4985, 61/4986, and 61/4987 (Seattle).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 6, 1962

No. 67244.—World Sales, Inc., et al. v. United States, protests 61/21271, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

DECEMBER 5, 1962

No. 67245.—Tigrett Industries, Inc. v. United States, protest 58/1–3. Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, DECEMBER 11, 1962

No. 67246.—Morris Friedman et al. v. United States, protests 58/12072, etc. (Philadelphia).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67247.**—John L. Westland & Son, Inc., a/c Cade-Grayson & Co. et al. *v.* United States, protests 59/9669, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J.Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67248.**—Page & Jones, Inc. *v.* United States, protests 59/12467, etc. (Mobile).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67249.**—New York Merchandise Co., Inc. *v.* United States, protests 59/12810, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67250.**—Falcon Sales Co. and Biddle Purchasing Co. *v.* United States, protests 59/18197 and 58/25491 (Galveston).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J.Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.